[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-11981

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

MICHAEL DEXTER LITTLE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:21-cr-00103-RBD-DCI-1

_____

2                    Opinion of the Court                    22-11981

Before JORDAN, LAGOA, and BRASHER, Circuit Judges.

PER CURIAM:

Thomas Dale, appointed counsel for Michael Little in his direct criminal appeal, has moved to withdraw from further representation of Mr. Little and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  In his response to Mr. Dale's motion, Mr. Little filed his own motion for substitution of counsel, asserting a breakdown in communication between himself and Mr. Dale.

Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Mr. Little's convictions and sentences are **AFFIRMED**.  Mr. Little's motion for substitution of counsel is **DENIED** as moot.  To the extent that Mr. Little asserts that Mr. Dale rendered ineffective assistance of counsel, he can raise such claims in a motion to vacate pursuant to 28 U.S.C. § 2255.